IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00207-MR-WCM

| | |
|---|---|
| TODD W. SHORT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MICHAEL BOYD, ) | |
| *FBI Special Agent, in his* ) | |
| *individual capacity*; and ) | |
| JOHN DOES 1-6, ) | |
| *FBI Special Agents, in* ) | |
| *their individual capacities,* ) | |
| ) | |
| Defendants. ) | |

On January 10, 2024, this matter came before the Court for a status conference and a hearing on multiple motions.

This Order memorializes the undersigned's oral rulings that were made at the conclusion of that hearing.

**IT IS HEREBY ORDERED THAT**:

(1) Plaintiff's "Motion to Require the United States Attorney for the Western District of North Carolina to Furnish the Court (Only) the Names of the FBI Agents Involved in the Criminal Investigation of the Plaintiff" (Doc. 13) is **DENIED WITHOUT PREJUDICE**.

(2) Plaintiff's "Request for Clarification, Request for Leave to Amend Named Defendant, and Request for Expedited Ruling" (Doc. 21) is **DENIED**. However, Plaintiff is given to and including **January 19, 2024** to file an Amended Complaint.

1

(3) The United States' Motion to Withdraw as Counsel for Defendants (Doc. 23) is **DENIED WITHOUT PREJUDICE**.

(4) Plaintiff's Motion for Leave to Amend Certificates of Service (Doc. 25 is **GRANTED**, and Plaintiff's amended certificate of service (Doc. 25-1) is **ACCEPTED**.

(5) Plaintiff's Motion for Extension of Time in Which to Effectuate Service of Process (Doc. 28) is **GRANTED**, and the time for Plaintiff to serve Defendants is **ENLARGED** through and including March 1, 2024.

(6) Plaintiff's oral motion requesting that the Court issue a certificate of appealability with regard to these rulings is **DENIED**.

Signed: January 10, 2024

W. Carleton Metcalf
United States Magistrate Judge