IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:23-CV-00207-MR-WCM

**TODD W. SHORT,**

    Plaintiff,

v.

**MICHAEL BOYD AND JOHN DOES 1-6,**
in their individual capacities
as Federal Bureau of Investigation
Special Agent,

    Defendants.

Hand-Delivered

FILED
ASHEVILLE, NC

MAR 26 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## PLAINTIFF'S MOTION TO UNSEAL RELEVANT DOCUMENTS IN CRIMINAL DOCKET CASE NO. 1:03-cr-00044-MR-DLH-1

NOW COMES Todd W. Short, appearing *pro se*, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, and submits Plaintiff's Motion to Unseal Pleadings, Order(s) and Exhibits in the criminal case (*United States of America vs. Todd W. Short*, Criminal Docket Case No. 1:03-cr-00044-MR-DLH-1), in the United States District Court for the Western District of North Carolina, Asheville Division.

1

Plaintiff requests the Court to unseal the following documents:

- **[Docket No. 82 – US Probation Petition]:** alleged violation of Plaintiff's supervised release conditions.

- **[Docket No. 84 - Order, Setting Conditions of Release]:** resulted from Plaintiff's arrest related to the US Probation Petition.

- **[Docket No. 85 – Appearance Bond]:** conditions imposed on Plaintiff as per Order (Docket No. 84).

- **[Docket No. 92 – Sealed Motion, including Exhibits A, B, and C]:** referred to as the "Motion to Show Cause" in the criminal proceeding.

- **[Docket No. 93 – Order (if sealed), Granting Motion to Seal (Docket No. 92)]:**

In support of Plaintiff's Motion to Unseal Pleadings, Order(s) and Exhibits in the criminal case aforementioned is the Plaintiff Memorandum in Support and Request for Judicial Notice contemporaneous filed hereto. Plaintiff incorporates the contents of these pleadings by reference as if fully set out herein.

In compliance with Local Rule 7.1(b), Plaintiff has notified Assistant United States Attorney Jonathan M. Warren regarding this Motion to Unseal Pleadings, Order(s) and Exhibits in the criminal case. Mr. Warren indicated he could not take a position on the matter, as it falls under the purview of the criminal division of the United States Attorney's Office for the Western District of North Carolina. It appears that the United States Attorney's Office (Civil Division) representing the Defendants hereto, does not oppose this motion as it relates to this proceeding.

Dated: March 26, 2024

Respectfully submitted,

/s/ Todd W. Short

Todd W. Short, Plaintiff, *pro se*
Carmel Ridge Circle and Apt 105
Asheville, NC 28806
Telephone (828) 235-5688
toddwshort@protonmail.com

## **CERTIFICATE OF SERVICE**

I hereby **CERTIFY** that on March 26, 2024, the preceding PLAINTIFF'S MOTION TO UNSEAL RELEVANT DOCUMENTS IN CRIMINAL DOCKET CASE NO. 1:03-cr-00044-MR-DLH-1, was served on the AUSA Jonathan M. Warren, utilizing electronic mail. This method of service is in accordance with an express written agreement between Mr. Warren and the Plaintiff. I affirm that it constitutes effective service as per Fed. R. Civ. P. 5. Mr. Warren was served at the email address noted below.

**Jonathan M. Warren**
Assistant U.S. Attorney
227 West Trade Street, Suite 1650
Carillon Building
Charlotte, NC 28202
Telephone (704) 344-6222
jonathan.warren@usdoj.gov

/s/ Todd W. Short

Todd W. Short, *pro se*