IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00207-MR-WCM

| | |
|---|---|
| **TODD W. SHORT,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **MICHAEL BOYD, FBI Special Agent,** ) <br> in his individual capacity; and ) <br> **JOHN DOES, FBI Special Agents** ) <br> **1-6, in their individual capacities,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's "Motion for Six-Day Extension of Time to File Objection and Submit Interrogatories" [Doc. 80].

On November 5, 2024, the Honorable W. Carleton Metcalf, United States Magistrate Judge, entered an Order, which *inter alia* granted the *pro se* Plaintiff leave to conduct limited discovery in the form of a deposition by written questions of the Government's declarant, Kathryn L. Swinkey. [Doc. 79]. Specifically, Judge Metcalf directed the Plaintiff to submit his written questions no later than November 20, 2024, and for responses to be served on the Plaintiff no later than December 13, 2024. [Id.]. The Plaintiff now

moves for an extension of time of six (6) days, both to object to the Magistrate Judge's Order[1] and to submit his written questions. [Doc. 80].

Upon review of the Plaintiff's motion, the Court will grant the requested extension.

**IT IS, THEREFORE, ORDERED** that:

(1) The Plaintiff's "Motion for Six-Day Extension of Time to File Objection and Submit Interrogatories" [Doc. 80] is **GRANTED**;

(2) The Plaintiff shall have an additional six (6) days, through and including **November 25, 2024**, within which to file objections to the Magistrate Judge's Order [Doc. 79];

(3) The Plaintiff also shall have an additional six (6) days, through and including **November 26, 2024**, within which to submit ten (10) written single part questions to the Government's declarant, Kathryn L. Swinkey, in accordance with the Magistrate Judge's Order [Doc. 79]. Any response to these written questions shall be served on the Plaintiff on or before **December 19, 2024**.

**IT IS SO ORDERED.**

Signed: November 19, 2024

Martin Reidinger
Chief United States District Judge

---

[1] Objections to the Order were due on November 19, 2024, one day before the deadline for the interrogatories.